IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Plaintiff,                         No. CIV S-11-334 GEB DAD (TEMP) PS

    vs.

BONNIE STONE,

    Defendant.                  FINDINGS AND RECOMMENDATIONS

_____/

        This action was removed from state court. Removal jurisdiction statutes are strictly construed against removal. See Libhart v. Santa Monica Dairy Co., 592 F.2d 1062, 1064 (9th Cir. 1979). "Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance." Gaus v. Miles, 980 F.2d 564, 566 (9th Cir. 1992). "The burden of establishing federal jurisdiction falls on the party invoking removal." Harris v. Provident Life and Accident Ins. Co., 26 F.3d 930 (9th Cir.1994) (quoting Gould v. Mut. Life Ins. Co. of New York, 790 F.2d 769, 771 (9th Cir.1986)). Where it appears the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C. § 1447(c).

        In conclusory fashion, defendant's removal petition alleges the complaint is subject to federal question jurisdiction. However, the exhibits attached to the removal petition

1

1  establish the state court action is nothing more than a simple unlawful detainer action, and the
2  state court action is titled as such.  The state court action has also proceeded to final judgment.
3  Defendant has failed to meet her burden of establishing federal jurisdiction and the matter should
4  therefore be remanded.  See generally Singer v. State Farm Mutual Automobile Insurance Co.,
5  116 F.3d 373, 375-376 (9th Cir. 1997).  Moreover, it is important to note that this court does not
6  sit as an appellate court over state court judgments.
7           Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be
8  summarily remanded to the Superior Court of California, County of Tehama.
9           These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
11 days after being served with these findings and recommendations, any party may file written
12 objections with the court and serve a copy on all parties.  Such a document should be captioned
13 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
14 shall be served and filed within seven days after service of the objections.  The parties are
15 advised that failure to file objections within the specified time may waive the right to appeal the
16 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 DATED: March 8, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

21 JMM
   fnma-stone.remud